No. 39. *In re* ASSESSMENT OF TAXES, JOHN PULAA. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 6, 1902. Decided January 18, 1902. About four acres at Kalihi, Honolulu, R. P. 672, L. C. A. 1541. Returned at $1500; assessed at $8000. Valued by Tax Court at $3000. Appeal by Assessor. *Per Curiam.* Valuation placed at $4000. Perry, J., dissenting: Valuation by Tax Court should be affirmed. *Robertson & Wilder* for Assessor, appellant. *J. A. Magoon* and *T. I. Dillon* for tax-payer.